United States District Court
Southern District of Texas
**ENTERED**
March 16, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | § § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-21-2910 |
| NABIL PENA, | § § § | |
| Defendant. | § | |

# ORDER

The parties have jointly moved to stay this case so that Nabil Pena can exhaust his administrative remedies by appealing Unum Life Insurance Company of America's determination that Pena was not entitled to additional benefits under his Group Policy and that he had received benefits to which he was not entitled.

The motion to stay is granted. This case is stayed and administratively closed. Pena must submit his appeal to Unum Life within 90 days from the date of this order. The parties may reinstate this case and any pending motions to the active docket by motion made within 14 days after Pena's appeal has been decided.

SIGNED on March 16, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge