IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | § § § § | |
| Plaintiff, | § § | C.A. No. 4:21-cv-02910 |
| vs. | § § | |
| NABIL PENA, | § § § | |
| Defendant. | § | |

## JOINT MOTION TO REINSTATE

Plaintiff Unum Life Insurance Company of America ("Unum Life") and Defendant Nabil Pena ("Pena") file their Joint Motion to Reinstate this matter, and state,

## NATURE OF THE CASE

This ERISA suit arises from a group insurance policy issued by Unum Life that provides, among other things, disability insurance coverage to Pena. Unum filed suit seeking to recover an overpayment of disability benefits paid to Pena. Pena appeared and filed a counterclaim alleging that he was not overpaid disability benefits and that Unum Life's subsequent denial of benefits was improper. In response to Pena's counterclaim, Unum Life raised that Pena had failed to exhaust his administrative remedies.

## PROCEDURAL HISTORY

By Order date March 16, 2022, the Court stayed this lawsuit so that Pena could exhaust his administrative remedies. The order further provides that "[t]he parties may reinstate the case and any pending motions to the active docket by motion made within 14 days after Pena's appeal has been decided." Pena's appeal was decided on December 8,

___

2022.

## RELIEF REQUESTED

Unum Life and Pena therefore respectfully request that the Court reinstate this matter, without prejudice to any party's claims or defenses herein.  Additionally, Unum Life and Pena request that a new scheduling and docket control order be entered by the Court with the following deadlines:

February 17, 2023 – Amended Pleadings

March 2, 2023 – Unum Life shall file the administrative record by this deadline.

March 30, 2023 – Mediation

May 1, 2023 – Summary Judgment Motion Deadline.

                Respectfully submitted,

By: */s/ Bill E. Davidoff*
     Bill E. Davidoff
     Attorney-in-Charge
     State Bar No. 00790565
     S.D. No.: 19513
     bill.davidoff@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas  75202
214.939.2000 – Tel.
214.939.2090 – Fax

ATTORNEYS FOR PLAINTIFF UNUM LIFE INSURANCE COMPANY OF AMERICA

By: */s/ David N. Calvillo*
    David N. Calvillo
    Attorney-in-Charge
    State Bar No. 03673000
    S.D. No.: 11431
    david.calvillo@chamberlainlaw.com

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002
713.658.1818 – Tel.
713.658.2553 – Fax

ATTORNEYS FOR DEFENDANT NABIL PENA

## CERTIFICATE OF SERVICE

    I hereby certify that on December 19, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.

    */s/ Bill E. Davidoff*
    Bill E. Davidoff