# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

```
20230303-151
```

Nabil  Pena
7 N. Heritage Hill Circle
Spring, TX US 77381

United States Courts
Southern District of Texas
FILED

MAR 13 2023

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, March 3, 2023
Case Number: 4:21-cv-02910
Document Number: 43 (1 page)
Notice Number: 20230303-151
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

US POSTAGE™ PITNEY BOWES

ZIP 77002
02 1W
0001374615 MAR 07 2023
$ 000.60⁰

000137461 5MAR 07. 2023

United States Courts
Southern District of Texas
FILED

MAR 13 2023

Nathan Ochsner, Clerk of Court
6003/11/23

DIXIE   773   FE 1
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER

*1365-05399-07-44

BC: 77208101010
77208101010+UTF