IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | § § § § | |
| Plaintiff, | § § | C.A. No. 4:21-cv-02910 |
| vs. | § § | |
| NABIL PENA, | § § | |
| Defendant. | § § | |

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.3, Plaintiff Unum Life Insurance Company of America and Nabil Pena (together, the "Parties"), through the undersigned counsel, announce to the Court that the Parties have agreed to a settlement of the matters in controversy in this lawsuit. The Parties request thirty (30) days to finalize the settlement and file their dismissal pleadings.

Respectfully submitted,

By: */s/ Bill E. Davidoff*
    Bill E. Davidoff
    Attorney-in-Charge
    State Bar No. 00790565
    S.D. No.: 19513
    bill.davidoff@figdav.com

FIGARI +DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
214.939.2000 – Tel.
214.939.2090 – Fax

ATTORNEYS FOR PLAINTIFF UNUM LIFE INSURANCE COMPANY OF AMERICA

By: */s/ Michael B. Feibus*
David N. Calvillo
Attorney-in-Charge
State Bar No. 03673000
S.D. No. 11431
david.calvillo@chamberlainlaw.com
Michael B. Feibus
State Bar No. 24087502
S.D. No. 3256149
michael.feibus@chamberlainlaw.com

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002
713.658.1818 – Tel.
713.658.2553 – Fax

ATTORNEYS FOR DEFENDANT NABIL PENA

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.

*/s/ Bill E. Davidoff*
Bill E. Davidoff