IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | § § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | C.A. No. 4:21-cv-02910 |
| NABIL PENA, | | |
| Defendant. | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Unum Life Insurance Company of America ("Unum Life") and Defendant Nabil Pena ("Pena") (Unum Life and Pena are collectively referred to as the "Parties"), by and through their counsel, stipulate as follows:

1. That all claims, demands, debts, or causes of action asserted or assertable herein by and between Unum Life and Pena be DISMISSED WITH PREJUDICE;

2. That all costs be taxed against the Party incurring them.

**STIPULATED TO AND APPROVED BY:**

By: */s/ Bill E. Davidoff*
    Bill E. Davidoff
    State Bar No. 00790565
    Federal I.D. No. 19513
    bill.davidoff@figdav.com
    Attorney-in-Charge

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas 75202
Tel:  214.939.2000
Fax:  214.939.2090

**ATTORNEYS FOR PLAINTIFF**


By: */s/ David N. Calvillo*
    David N. Calvillo
    Attorney-in-Charge
    State Bar No. 03673000
    Federal No.: 11431
    david.calvillo@chamberlainlaw.com
    Michael B. Feibus
    State Bar No. 24087502
    Federal ID No. 3256149
    michael.feibus@chamberlainlaw.com

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**
1200 Smith Street, Suite 1400
Houston, Texas 77002
713.658.1818 – Tel.
713.658.2553 – Fax

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on May 16, 2023, a copy of the foregoing was filed electronically with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to all counsel of record to this action.

                                        */s/ Bill E. Davidoff*
                                        Bill E. Davidoff